■ BACHE & Co., Respondent, v. MAX GROSSMAN, Respondent, and M. MAC SCHWEBEL et al., Appellants.— There are no triable issues as to defendants-appellants' acceptance of the agreement of January 15, 1954, and there is no showing of duress on their part in procuring the agreement which would warrant a trial of that tendered issue. Nor is a cause of action stated in the alleged counterclaim which would support the claim for damages alleged. Order denying the cross motion to strike the answer and cross complaint of defendant-respondent Grossman and for summary judgment unanimously reversed and the motion granted, without prejudice to the right of defendant-respondent Grossman to institute an appropriate action in fraud if he be so advised. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ. [See *post*, p. 966.]

■ In the Matter of the Accounting of ALFRED J. GILBERT et al., Respondents, as Trustees of the Trust Created under a Deed of Trust between ALFRED J. GILBERT et al. and EQUITABLE TRUST COMPANY OF NEW YORK. FIRST NATIONAL BANK OF PORTLAND, OREGON, et al., as Trustees under the Will of LILLIAN LANG, Deceased, et al., Appellants; JACOB K. JAVITS, as Attorney-General of the State of New York, et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent Attorney-General. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ. [See *post*, p. 966.]

■ TOBE KATZ, Respondent, v. MANHATTAN GENERAL, INC., Appellant.— The cause of action alleged in the second amended complaint although framed in contract is bottomed on negligence and the damages alleged are for personal injury. The applicable Statute of Limitations is therefore three years. Order unanimously reversed, with $20 costs and disbursements to the appellant, the motion granted, and judgment is directed to be entered in favor of the defendant dismissing the complaint herein, with costs. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ RAYMOND WALKER et al., Respondents, v. LEVI TAXI INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ BERTHA EISLER, Respondent, v. MIKLOS EISLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND BRESLIN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. MAHON on Behalf of EDWARD KENNY, Appellant, against DEPARTMENT OF CORRECTION OF THE STATE OF NEW YORK et al., Respondents.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.